THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| RICHARD A. METCALF, II | § | CASE NO. 08-40195-R |
| XXX-XX-0745 | § | |
| 908 NORTH BRENTS AVENUE | § | CHAPTER 13 |
| SHERMAN, TX 75090 | § § | |
| ANGELA D. METCALF | § | |
| XXX-XX-1275 | § § | |
| DEBTORS | § | |

**NOTICE TO DEPOSIT FUNDS INTO THE UNCLAIMED FUNDS REGISTRY OF
THE UNITED STATES BANKRUPTCY COURT**

The Notice of Janna L. Countryman, Trustee herein, respectfully would show:

1. That she is the duly qualified and acting Trustee in this case.

2. The Trustee has made distributions of the funds of this estate in accordance with the confirmed Chapter 13 Plan and/or the Bankruptcy Code. Some of the distribution checks have not been negotiated.

3. An amount has been reserved for the following creditor to whom previous checks were submitted without negotiation:

   | Creditor | Reserve Amount |
   |---|---|
   | PHH MORTGAGE CORP | $2,866.87 |

4. A turnover check payable to the Clerk of the United States Bankruptcy Court for $2,866.87 is attached to this Notice.

Dated: 4-8-11

Janna L. Countryman, TBN 04888050
Greg R. Arnove, TBN 00783562
Office of the Standing Chapter 13 Trustee
500 North Central Expressway, Suite 350
Plano, Texas 75074
(972) 943-2580 / Fax (972) 943-8050

CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the foregoing Notice to Deposit Funds Into the Unclaimed Funds Registry of the United States Bankruptcy Court has been served upon the following parties in interest on the date set forth below by mailing a copy of same to them via first class mail.

RICHARD A. METCALF, II
ANGELA D. METCALF
908 NORTH BRENTS AVENUE
SHERMAN, TX 75090

PELLEY LAW OFFICE
905 NORTH TRAVIS STREET
SHERMAN, TX 75090-5022

BARRETT BURKE ET AL
15000 SURVEYOR BOULEVARD
SUITE 100
ADDISON, TX 75001-4417

PHH MORTGAGE CORP
4001 LEADENHALL ROAD
MAIL STOP SV-01
MOUNT LAUREL, NJ 08054-4611

PHH MORTGAGE
2001 BISHOPS GATE BLVD
MOUNT LAUREL, NJ 08054-4604

Dated: 4-8-11

Office of the Standing Chapter 13 Trustee